1  JULIE A. TOTTEN (State Bar No. 166470)
   jatotten@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95814-4497
   Telephone:    (916) 447-9200
4  Facsimile:    (916) 329-4900

5  MICHAEL D. WEIL (State Bar No. 209056)
   mweil@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA 94105-2669
8  Telephone:    415-773-5700
   Facsimile:    415-773-5759

9
   Attorneys for Defendant
10 INSTITUTIONAL TRADING CORPORATION
   (erroneously sued as "Institutional Trading Company),
11 IT.COM

12                    UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                           SAN FRANCISCO DIVISION
15

16 | KWONG YUNG,                                    | CASE NO. _____
17 |                                                |
   |                Plaintiff,                      | **DEFENDANTS INSTITUTIONAL
18 |                                                | TRADING CORPORATION AND
   |        v.                                      | IT.COM'S CERTIFICATION OF
19 |                                                | INTERESTED ENTITIES OR
   | INSTITUTIONAL TRADING COMPANY, a               | PERSONS PURSUANT TO CIVIL L.R.
20 | corporation, IT.COM, a corporation, DOES 1     | 3-16**
   | to 10.,                                        |
21 |                                                |
   |                Defendant.                      |
22

23

24      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

25 associations of persons, firms, partnerships, corporations (including parent corporations) or other

26 entities (i) have a financial interest in the subject matter in controversy or in a party to the

27 proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be

28 substantially affected by the outcome of this proceeding:
   OHS West:260341826.1

---

1. - Institutional Trading Corporation
2. - IT.Com
3. - Kwon Yung

Dated: November 26, 2007

JULIE A. TOTTEN
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael D. Weil
Attorneys for Defendant
Institutional Trading Corporation, IT.com

OHS West:260341826.1

- 2 -

DEFENDANTS INSTITUTIONAL TRADING CORPORATION AND IT.COM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16