1  JULIE A. TOTTEN (State Bar No. 166470)
   jatotten@orrick.com
2  MICHAEL D. WEIL (State Bar No. 209056)
   mweil@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
4  Sacramento, CA 95814-4497
   Telephone:   (916) 447-9200
5  Facsimile:   (916) 329-4900

6  Attorneys for Defendant
   INSTITUTIONAL TRADING COMPANY and IT.COM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KWONG YUNG,<br><br>Plaintiff,<br><br>v.<br><br>INSTITUTIONAL TRADING COMPANY, a corporation, IT.COM, a corporation, DOES 1 to 10,<br><br>Defendant. | Case No.<br><br>**STIPULATION CONTINUING DATE FOR DEFENDANT INSTITUTIONAL TRADING COMPANY TO ANSWER PLAINTIFF'S COMPLAINT (L.R. 6-1(a))** |

OHS West:260335950.1

STIPULATION CONTINUING DATE FOR
DEFENDANT TO ANSWER PLAINTIFF'S CLAIM
(CASE NO. _____ )

Plaintiff Kwong Yung, on the one hand, and defendants Institutional Trading Company and IT.com, on the other hand, through their respective counsel and pursuant to Local Rule 6-1(a), HEREBY STIPULATE and AGREE that defendants' deadline for filing an answer to the complaint shall be extended from December 3, 2007 to January 7, 2008.

IT IS SO STIPULATED.

Dated: November 16, 2007

ALBERT L. BOASBERG

_____
Attorney for Plaintiff
Kwong Yung

Dated: November 16, 2007

JULIE A. TOTTEN
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael D. Weil
Attorneys for Defendant
Institutional Trading Company and IT.com



IT IS SO ORDERED
Judge Samuel Conti

OHS West:260335950.1

STIPULATION CONTINUING DATE FOR
DEFENDANT TO ANSWER PLAINTIFF'S CLAIM
(CASE NO. _____)