JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: +1-916-447-9200
Facsimile: +1-916-329-4900

MICHAEL D. WEIL (STATE BAR NO. 209056)
mweil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendants
INSTITUTIONAL TRADING CORPORATION (erroneously
sued as "Institutional Trading Company") and IT.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KWONG YUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUTIONAL TRADING COMPANY, a corporation, IT.COM, a corporation, DOES 1 to 10,<br><br>　　　　Defendant. | Case No. 07-CV-5949<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF KWONG YUNG'S COMPLAINT WITH PREJUDICE**<br><br>Date:　　February 22, 2008<br>Time:　　10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge:　　Honorable Samuel Conti |

1   Defendants Institutional Trading Corporation and IT.com's Motion to Dismiss with
2   prejudice Plaintiff Kwon Yung's Complaint for lack of personal jurisdiction pursuant to Federal
3   Rule of Civil Procedure 12(b)(2) came on regularly for hearing in the above-titled Court on
4   February 22, 2007, at 10:00 a.m.  The Court, after considering the papers filed in support of and
5   in opposition to the motion to dismiss and the arguments of counsel, and good cause appearing
6   therefore:
7   The Motion to Dismiss is GRANTED.  Plaintiff's Complaint is dismissed with prejudice.
8
9   IT IS SO ORDERED.

13  Dated _____

                                                    _____
                                                    Hon. Samuel Conti
                                                    United States District Judge