ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1010
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KWONG YUNG, | ) | No. 07-CV-5949 |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S MEMORANDUM OF |
| vs. | ) | POINTS AND AUTHORITIES IN |
| | ) | OPPOSITION TO DEFENDANT'S |
| INSTITUTIONAL TRADING | ) | MOTION TO DISMISS FOR LACK |
| COMPANY, a corporation, | ) | OF PERSONAL JURISDICTION |
| IT. COM, a corporation, DOES 1 to 10, | ) | Date:  February 22, 2008 |
| | ) | Time:  10:00 a.m. |
| Defendants. | ) | Courtroom: 1, 17th Floor |
| | ) | Judge: Hon. Samuel Conti |

KWONG YUNG, the Plaintiff herein, hereby respectfully submits his Memorandum of Points and Authorities in Opposition to the Motion of Defendant to Dismiss his Action for Lack of Personal Jurisdiction, as follows:

### I.   MINIMUM CONTACTS TEST

In his Opposition Declaration, Plaintiff has indicated a number of substantial contacts with California customers which he made on behalf of Defendants.

Under the "economic reality test," the fact that Defendants solicit business in California, is sufficient to establish personal jurisdiction in this forum. *Tuazon v. R.*

*J. Reynolds Tobacco Co.,* 433 F.3d 1163 (9th Cir. 2006).

The issue is one of fact, i.e., to determine the percentage of business done in this District by Defendant companies who may not be residents themselves. *Amoco v. Egypt Oil Co. v. Leonis Navigation Co., Inc.,* 1 F.3d 848 (9th Cir. 1993).

Plaintiff's declaration makes at least a prima facie showing sufficient to defeat Defendant's motion.

## II.    CONCLUSION

Defendant corporations do a sufficient amount of business in the Northern District of California to render them amenable to personal jurisdiction.

Accordingly, the instant motion should be denied.

Respectfully submitted,

Dated: February 1, 2008.                    /s/_____
                                                    ALBERT L. BOASBERG,
                                                    Attorney for Plaintiff