# UNITED STATES DISTRICT COURT
## Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 15, 2008

District Clerk
Nancy Mayer-Whittington
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

RE: CV 07-05949 SC    KWONG YUNG-v-INSTITUTIONAL TRADING CO

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐   Certified copy of docket entries.

☐   Certified copy of Transferral Order.

☐   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*[signature: Alfred Amistoso]*

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

April 15, 2008

**These instructions are for internal court use only.
Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.