ADRMOP, CLOSED, TRANSF

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07−cv−05949−SC

| | |
|---|---|
| Yung v. Institutional Trading Company et al | Date Filed: 11/26/2007 |
| Assigned to: Hon. Samuel Conti | Date Terminated: 04/14/2008 |
| Case in other court:  San Francisco Superior Court, CGC−07−467685 | Jury Demand: None |
| Cause: 28:1441 Petition for Removal | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kwong Yung**  represented by  **Albert Loeb Boasberg**
Attorney at Law
155 Montgomery Street
Suite 1010
San Francisco, CA 94104
415−989−6960
Fax: 415−989−6961
Email: aboasberg@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Institutional Trading Company**  represented by  **Michael David Weil**
Orrick, Herrington &Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105−2669
415−773−5700
Fax: 415−773−5759
Email: mweil@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Ann Totten**
Orrick, Herrington &Sutcliffe LLP
400 capitol Mall, Suite 3000
Sacramento, CA 95814
916−447−9200
Email: jtotten@orrick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**IT.com**  represented by  **Michael David Weil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Ann Totten**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | " 1 | NOTICE OF REMOVAL from San Francisco Superior Court. Their case number is CGC–07–467685. (Filing fee $350 receipt number 34611012800; No Process Issued). Filed by Institutional Trading Company, IT.com. (rcs, COURT STAFF) (Filed on 11/26/2007) (aaa, Court Staff). (Entered: 11/30/2007) |
| 11/26/2007 | " 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/29/2008. Case Management Conference set for 3/7/2008 at 10:00 AM. (Attachments: # 1)(rcs, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/30/2007) |
| 11/26/2007 | " 3 | Certificate of Interested Entities by Institutional Trading Company, IT.com (rcs, COURT STAFF) (Filed on 11/26/2007) (aaa, Court Staff). (Entered: 11/30/2007) |
| 11/30/2007 | " 4 | CERTIFICATE OF SERVICE by Institutional Trading Company, IT.com re 3 Certificate of Interested Entities, 1 Notice of Removal *PROOF OF SERVICE* (Weil, Michael) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 11/30/2007 | " 5 | STIPULATION *CONTINUING DATE FOR DEFENDANT INSTITUTIONAL TRADING COMPANY TO ANSWER PLAINTIFF'S COMPLAINT (L.R. 6–1(A))* by Institutional Trading Company, IT.com. (Weil, Michael) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 12/05/2007 | " 6 | STIPULATION AND ORDER CONTINUING DATE FOR DEFENDANT INSTITUTIONAL TRADING COMPANY TO ANSWER PLAINTIFF'S COMPLAINT. Signed by Judge Samuel Conti on 12/5/07. (tdm, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/07/2007 | " 7 | CLERK'S NOTICE to Defendant(s) Attorney(s) by e–mail or U.S. mail re: Failure to E–File/E–Mail re 1 Notice of Removal & 3 Certificate of Interested Entities and/or Failure to Register as an E–Filer (aaa, Court Staff) (Filed on 12/7/2007) (Entered: 12/07/2007) |
| 01/07/2008 | " 8 | MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF* filed by Institutional Trading Company, IT.com. Motion Hearing set for 2/22/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Weil, Michael) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | " 9 | Declaration of MARK A. CORDOVER in Support of 8 MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF* MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF DECLARATION OF MARK A. CORDOVER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION WITH EXHIBITS A THROUGH K* filed byInstitutional Trading Company, IT.com. (Related document(s) 8 ) (Weil, Michael) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | " 10 | |

| | | |
|---|---|---|
| | | Declaration of MICHAEL D. WEIL in Support of 8 MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF* MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF DECLARATION OF MICHAEL D. WEIL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. 12(B)(2) WITH EXHIBITS A THROUGH B* filed byInstitutional Trading Company, IT.com. (Related document(s) 8 ) (Weil, Michael) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | " 11 | Proposed Order re 8 MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF* MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF [PROPOSED] ORDER DISMISSING PLAINTIFF KWONG YUNG'S COMPLAINT WITH PREJUDICE* by Institutional Trading Company, IT.com. (Weil, Michael) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 02/01/2008 | " 12 | Memorandum in Opposition *to Defendant's 8 Motion to Dismiss for lack of Personal Jurisdiction* filed byKwong Yung. (Boasberg, Albert) (Filed on 2/1/2008) Modified on 2/4/2008 (aaa, Court Staff). (Entered: 02/01/2008) |
| 02/01/2008 | " 13 | DECLARATION of Kwong Yung in Opposition to 12 Memorandum in Opposition *to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction* filed byKwong Yung. (Related document(s) 12 ) (Boasberg, Albert) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/08/2008 | " 14 | REPLY to Response to Motion re 8 MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF* MOTION to Dismiss *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P.12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF* filed byInstitutional Trading Company, IT.com. (Weil, Michael) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/08/2008 | " 15 | OBJECTIONS to re 13 Declaration in Opposition *Defendants' Objections to Evidence Submitted by Plaintiff in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction* by Institutional Trading Company, IT.com. (Weil, Michael) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 03/04/2008 | " 16 | CLERK'S NOTICE Case Management Conference set for 3/7/2008 is continued to 4/25/2008 10:00 AM. (tdm, COURT STAFF) (Filed on 3/4/2008) (Entered: 03/04/2008) |
| 04/10/2008 | " 17 | ADR Clerks Notice re: Non−Compliance with Court Order. (tjs, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/14/2008 | " 18 | ORDER by Judge Samuel Conti granting in part and denying in part 8 Motion to Dismiss. Case Transferred to the District of Columbia(sclc2, COURT STAFF) (Filed on 4/14/2008) Modified on 4/15/2008 (aaa, Court Staff). (Entered: 04/14/2008) |
| 04/15/2008 | " 19 | CLERK'S NOTICE: The United States District Court for the District of Columbia have obtained the civil case docket via the Electronic Case Program to Action. re 18 Order (aaa, Court Staff) (Filed on 4/15/2008) (Entered: 04/15/2008) |