UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KWONG YUNG,<br><br>    Plaintiff<br><br>v.<br><br>INSTITUTIONAL TRADING<br>COMPANY, *et al.*,<br><br>    Defendants. | **APPEARANCE**<br><br>Civil Action No. 08-0662 (ESH) |

To the Clerk of this Court and all parties of record:

Please enter the appearance of DENISE M. CLARK as counsel in this case for KWONG YUNG.

Date: May 9, 2008

*/s/ Denise M. Clark*
Denise M. Clark (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave, N.W.
Suite 200
Washington, D.C. 20036
(202) 293-0015
www.benefitcounsel.com