UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

KWONG YUNG,

                            Plaintiff,

       v.

INSTITUTIONAL TRADING COMPANY,          Civ. No.: 1:80-cv-00662
*et al.*,

                         Defendants.

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

THE CLERK will please note the appearance of John M. Remy, Esquire, and Joel J. Borovsky, Esquire, of the law firm of Jackson Lewis LLP, 8614 Westwood Center Drive, Suite 950, Vienna, Virginia 22182, as counsel for INSTITUTIONAL TRADING COMPANY, et al., in the above-referenced matter.

                                          Respectfully submitted,

                                          JACKSON LEWIS LLP

May 13, 2008                        by: /s/ John M. Remy
                                          John M. Remy (D.C. Bar No.461244)
                                          Joel J. Borovsky (D.C. Bar No.974182)
                                          8614 Westwood Center Drive; Suite 250
                                          Vienna, Virginia 22182
                                          Direct Dial: (703) 821-2189
                                          Fax: (703) 821-2267
                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was sent by electronic e-file and first class mail, postage prepaid, on this 13th day of May, 2008, to:

Denise M. Clark, Esquire
The Law Office of Denise M. Clark
1250 Connecticut Ave. N.W.
Suite 200
Washington, D.C. 20036
(202) 293-0015

**JACKSON LEWIS LLP**

May 13, 2008

by: /s/ John M. Remy
John M. Remy (D.C. Bar No.461244)
Joel J. Borovsky (D.C. Bar No.974182)