UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KWONG YUNG, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 08-0662 (ESH) |
| INSTITUTIONAL TRADING COMPANY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR CONTINUANCE OF
INITIAL STATUS CONFERENCE**

Now Come Plaintiff and Defendants in this action, and for the reasons set forth herein, respectfully request that this Court continue this initial status conference to a date mutually agreed-upon by the parties, as outlined below.

This matter was transferred from the United States District Court, Northern California, San Francisco Division, on November 26, 2007. Neither counsel, then representing the parties in that court, continued their representation in this action following removal. The parties retained their respective counsels in the District of Columbia only within the last week, just following this Court's notice scheduling an initial status conference.

The attorneys of record before this court have conferred and agree that the Local Rule 16.3 Report can be completed and filed on or before May 22, 2008, and respectfully request that the status conference be rescheduled for May 29, 2008 at 10:00 am.

Dated: May 14, 2008

Respectfully submitted,

| | |
|---|---|
| /s/ John M. Remy | /s/ Denise M. Clark |
| John M. Remy (461244) | Denise M. Clark (420480) |
| Joel J. Borovsky (974812) | The Law Office of Denise M. Clark |
| Jackson Lewis LLP | 1250 Connecticut Ave, N.W. |
| 8614 Westwood Center Drive, Suite 950 | Suite 200 |
| Vienna, VA 22182 | Washington, D.C. 20036 |
| Phone: (703) 821-2189 | (202) 293-0015 |
| Fax: (703) 821-2267 | dmclark@benefitcounsel.com |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KWONG YUNG, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0662 (ESH) |
| | ) | |
| INSTITUTIONAL TRADING | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Denise M. Clark, attorney for Plaintiff in this case, served ***Joint Motion For Continuance of Initial Status Conference*** upon the Defendant via ECF, on May 14, 2008, to:

> John M. Remy (461244)
> Joel J. Borovsky (974812)
> Jackson Lewis LLP
> 8614 Westwood Center Drive, Suite 950
> Vienna, VA 22182
> Phone: (703) 821-2189
> Fax: (703) 821-2267

Dated: May 14, 2008

> Respectfully submitted,
>
> /s/ Denise M. Clark
> Denise M. Clark (420480)
> The Law Office of Denise M. Clark
> 1250 Connecticut Ave, N.W.
> Suite 200
> Washington, D.C. 20036
> (202) 293-0015
> dmclark@benefitcounsel.com
> *Attorney for Plaintiff*