UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------x

KWONG YUNG,

              Plaintiff,

    v.

INSTITUTIONAL TRADING COMPANY,     Civ. No.: 1:80-cv-00662
*et al.*,

             Defendants.

------------------------------------------------x

## LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3, the parties hereby file this Joint Report. Counsel for the parties spoke on May 20, 2008, and discussed the following subjects as required by Fed. R. Civ. P. 26(f) and Local Rule 16.3(c).

<u>Resolution by Dispositive Motions</u>: Both parties believe discovery is necessary to determine whether the case can be resolved by dispositive motions and agree the scheduling order should contain a dispositive motions deadline.

<u>Joinder of Additional Parties</u>: The parties agree June 9, 2008, is the date by which additional parties should be joined or pleadings amended.

<u>Assignment to Magistrate</u>: The parties agree this case should not be assigned to a Magistrate.

<u>Possibility of Settlement</u>: The parties have begun to explore settlement but do not know if settlement is a realistic possibility.

ADR: The parties believe mediation before a Magistrate may be helpful after a period of discovery and will request assignment to a Magistrate for this purpose at the appropriate time.

Summary Judgment Deadline: The parties agree that summary judgment motions should be due 45 days from the close of discovery.

Initial Disclosures: The parties agree that initial disclosures shall be exchanged by June 30, 2008.

Discovery Deadline: The parties agree that all discovery should be completed by December 1, 2008.

Expert Discovery: The parties agree that plaintiff's expert reports shall be due by August 1, 2008 and defendants' reports shall be due by September 1, 2008.

Class Actions: N/A

Bifurcation of Trial: The parties do not believe bifurcation of trial is necessary at this point.

Pretrial Conference: The parties believe the pretrial conference should be scheduled for March 12, 2009.

Trial Date: The parties believe the Court should set a trial date at the pretrial conference. The parties anticipate trial will last four days.

Other Matters: Given the transfer of this matter from California, defendants have not yet answered the complaint. The parties agree defendants will file their answer by June 19, 2008.

2

                                  Respectfully submitted,

                                  **JACKSON LEWIS LLP**

May 22, 2008                       by: /s/ John M. Remy
                                  John M. Remy (D.C. Bar No.461244)
                                  Joel J. Borovsky (D.C. Bar No. 974182)
                                  8614 Westwood Center Drive; Suite 250
                                  Vienna, Virginia 22182
                                  Direct Dial: (703) 821-2189
                                  Fax: (703) 821-2267
                                  *Counsel for Defendant*

                                  and

                                  **The Law Office of Denise M. Clark, PLLC**

                                  By:/S/ Denise M. Clark
                                  Denise M. Clark (D.C. Bar No. 420480)
                                  1250 Connecticut Ave, N.W., Suite 200
                                  Washington, D.C. 20036
                                  Phone: (202) 293-0015
                                  Fax: (202) 293-0115
                                  *Counsel for Plaintiff*