**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------- x

KWONG YUNG,

                       Plaintiff,

        v.

INSTITUTIONAL TRADING COMPANY,        Civ. No.: 1:80-cv-00662
*et al.*,

                       Defendants.

---------------------------------------------------------------- x

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON BEHALF OF DEFENDANT INSTITUTIONAL TRADING COMPANY**

     I, the undersigned counsel of record for Institutional Trading Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Institutional Trading Company which have any outstanding securities in the hands of the public:

     None

     These representations are made in order that the judges of this court may determine the need for recusal.

                                              Respectfully submitted,

                                              **JACKSON LEWIS LLP**

June 10, 2008                           by: /s/ John M. Remy
                                              John M. Remy (D.C. Bar No.461244)
                                              Joel J. Borovsky (D.C. Bar No. 974182)
                                              8614 Westwood Center Drive; Suite 250
                                              Vienna, Virginia 22182
                                              Direct Dial: (703) 821-2189
                                              Fax: (703) 821-2267
                                              *Counsel for Defendant*