UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
KWONG YUNG,

                Plaintiff,

    v.

INSTITUTIONAL TRADING COMPANY,         Civ. No.: 1:80-cv-00662
*et al.*,

                Defendants.
---------------------------------------------------------------x

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendants Institutional Trading Company and IT.com, (collectively "IT.com") hereby make the following initial disclosures.

These disclosures are made in good faith and are based upon information presently available. By making these disclosures, defendants do not concede the relevance, materiality or admissibility of the information disclosed at trial or otherwise.

**A.**     **Witnesses**

    1.     Mark Cordover, President. Mr. Cordover has information concerning the terms of the offer of employment made to plaintiff and the terms of the stock agreement. Mr. Cordover also has information about Plaintiff's work history with IT.com, the ownership of the computer at issue, and the termination of Plaintiff's employment. Mr. Cordover has information about the company's personnel policies and other background matters. Mr. Cordover is the president of both IT.com and Institutional Trading Corporation and should be contacted only through counsel.

    2.    Jason Pratt, Vice President of IT.com. Mr. Pratt has information concerning Plaintiff's employment at IT.com, the ownership of the computer at issue, and the termination of Plaintiff's employment. Mr. Pratt is a management employee of IT.com and should be contacted only through counsel.

    3.    Andy Liu, Engineer. Mr. Liu has information concerning Plaintiff's actions during his employment at IT.com. Mr. Liu is also familiar with IT.com's policy regarding ownership of company computers. Mr. Liu is an employee of IT.com and should be contacted only through counsel.

    4.    Seth Green, Engineer. Mr. Green has information concerning Plaintiff's actions during his employment at IT.com. Mr. Green is also familiar with IT.com's policy regarding lack of ownership of company computers. Mr. Green is an employee of IT.com and should be contacted only through counsel.

    5.    Anthony DiFranco, Engineer. Mr. DiFranco has information concerning Plaintiff's actions during his employment at IT.com. Mr. DiFranco is also familiar with IT.com's policy regarding lack of ownership of company computers. Mr. DiFranco is a former employee of IT.com and IT.com does not have an accurate address for Mr. DiFranco.

**B.**    **Documents**

    1.    Plaintiff's personnel file.

    2.    Documents concerning the offer of employment to Plaintiff.

    3.    IT.com's personnel policies.

    4.    Plaintiff's Stock Repurchase Agreement.

**C.** **Damages Calculations**

Defendants have not yet claimed any damages against Plaintiff.

**D.** **Insurance Agreements**

Defendants do not believe they have an insurance policy which includes coverage potentially applicable to Plaintiff's claims.

Respectfully submitted,

**JACKSON LEWIS LLP**

June 30, 2008                    By: _____
John M. Remy (D.C. Bar No. 461244)
Joel J. Borovsky (D.C. Bar No. 974812)
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182
(703) 821-2189
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 30, 2008 a copy of the foregoing *Defendants' Initial Disclosures* were sent via electronic e-file and first class mail, postage prepaid, to:

Denise M. Clark
The Law Office of Denise M. Clark
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036Counsel for Plaintiff

　　　　　　　　　　　　　　　　　　／s／ Joel J. Borovsky
　　　　　　　　　　　　　　　　　　Joel J. Borovsky

4